1  E. W. Klatte, III (State Bar No. 115914)
   eklatte@rutan.com
2  Summer Young Agriesti (State Bar No. 232883)
   syoung@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Defendant Bridgestone Retail
   Operations, LLC f/k/a BFS Retail & Commercial
7  Operations, LLC

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson, | Case No. 2:10-CV-03305-MCE-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: DISMISSAL** |
| vs. | Case to Remain Open as Against Defendant Khatkar Corporation, Inc. |
| Khatkar Corporation, Inc., Individually and d/b/a Marconi 76; Management Solutions, Inc., Individually and d/b/a Subway #976; BFS Retail & Commercial Operations, LLC, a Delaware limited liability company, | |
| Defendants. | |

Rutan & Tucker, LLP
attorneys at law

2310/013229-0181
1162843.01 a04/06/11

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL
-1-

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Scott N. Johnson ("Plaintiff") and Defendants Bridgestone Retail Operations, LLC f/k/a BFS Retail & Commercial Operations, LLC and Management Solutions, Inc. ("Defendants") hereby stipulate that this action, including all claims for relief that have been or could have been asserted by Plaintiff against Defendants in connection with the general set of facts and circumstances underlying the action, shall be dismissed with prejudice. The Parties further stipulate that each party shall bear their own attorneys' fees and costs in this action. The action will remain open as to defendant Khatkar Corporation, Inc.

The Clerk is directed to close this file.

Dated: April 6, 2011                              DISABLED ACCESS PREVENTS INJURY, INC.

                                                  By: /s/Scott N. Johnson (as authorized on 3/31/11)
                                                  Plaintiff Scott N. Johnson

Dated: April 6, 2011                              RUTAN & TUCKER, LLP
                                                  E. W. KLATTE, III
                                                  SUMMER YOUNG AGRIESTI

                                                  By: /s/ Ernest W. Klatte, III
                                                  Ernest W. Klatte, III
                                                  Attorneys for Defendant
                                                  Bridgestone Retail Operations, LLC f/k/a
                                                  BFS Retail & Commercial Operations, LLC

**ORDER**

**IT IS SO ORDERED.**
Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Rutan & Tucker, LLP
attorneys at law

2310/013229-0181
1162843.01 a04/06/11

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL

-2-